James S. Coon, OSB# 771450
jcoon@stc-law.com
SWANSON, THOMAS, COON & NEWTON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CLAUDIA JOHNSTON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | CV# 2:10-cv-01498-SU<br><br>ORDER GRANTING STIPULATED EAJA FEES, COSTS AND EXPENSES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3626.49 will be awarded to Plaintiff and mailed to her counsel, James S. Coon at 820 SW 2nd Ave. Ste 200, Portland OR 97204 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412., In addition, Plaintiff will be awarded $5.40 in copying costs pursuant to 28 U.S.C. §§ 1920 and $16.75 in postage expenses pursuant to 28 U.S.C. § 2412.  If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset program, *see Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), then the check for EAJA fees shall be made payable to James S. Coon, based on Plaintiff's assignment of these amounts. If Plaintiff has a qualifying debt, then the check for any funds remaining after offset shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

Dated this ____ day of October____, 2012.

_____
United States District Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff